(9)

KSH

FILED IN OPEN COURT
MAY 24 2023
CHARLES R. DIARD, JR
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIM. NO. 23-102-TFM |
| | * MJ NO. 23-MJ-00114 |
| v. | * USAO NO. 23R00077 |
| | * |
| PAVEL GRIGORYEVICH | * VIOLATION: 18 USC § 875(c) |
| IVANCHENKO | * |
| | * |

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Interstate Communication of a Threat to Injure
### Title 18, United States Code, Section 875(c)

On or about January 17, 2023, in the Southern District of Alabama, Southern Division, the defendant,

**PAVEL GRIGORYEVICH IVANCHENKO,**

knowingly did transmit in interstate and foreign commerce from within the State of Alabama to outside the State of Alabama a text message to an individual whose name is known to the Grand Jury and who is identified herein as A.G., and the communication contained a threat to injure an individual whose name is known to the Grand Jury and who is identified herein as A.G. Specifically, IVANCHENKO wrote, for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat, the following:

> "Hey cunt
> Do u think ya can treat ppl like tat
> Ha
> Think
> Volvos getting on fire easypeasy
> Mfckr
> Boys are watching ya

> Ya treatin ppl like shit..
> Kids for fuckin real
> Feel sad for ya
> God gonna punish ya soon
> Hold tight"

In violation of Section 875(c) of Title 18 of the United States Code.

A TRUE BILL

FOREPERSON, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:

*(signature)*
KASEE S. HEISTERHAGEN
Assistant United States Attorney

*(signature)* SEAN P. COSTELLO by Kasee S. Heisterhagen
SEAN P. COSTELLO
United States Attorney

MAY 2023